UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:15-CR-05000 |
| | ) | JUDGE GREER |
| DUSTIN MCPHETRIDGE | ) | |

UNITED STATES' RESPONSE TO DEFENDANT'S
MOTION FOR RETURN OF ITEMS

COMES NOW the United States of America, by and through J. Douglas Overbey, United States Attorney for the Eastern District of Tennessee, and responds to the defendant's motion (R.23) as follows:

The United States does not object to the return of the items identified in defendant's motion, as long as the defendant's possession and/or use of said items fits within the parameters of the defendant's supervision by the United States Probation Office and the Court.

Respectfully submitted,

J. DOUGLAS OVERBEY
United States Attorney

By: *s/ Wayne Taylor*
DONALD WAYNE TAYLOR
Assistant U.S. Attorney
220 West Depot Street, Ste. 423
Greeneville, TN 37743
(423) 639-6759
KY Bar No. 86663
Wayne.Taylor2@usdoj.gov