# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT GREENEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 2:15-CR-05000 |
| ) | JUDGE GREER |
| DUSTIN McPHETRIDGE ) | |

## MOTION TO CONDUCT HEARING TO DETERMINE COUNSEL'S STATUS AS ATTORNEY OF RECORD GIVEN THE PRO SE FILING (DOC. 36)

Dustin McPhetridge, by and through counsel, requests the court to conduct a hearing to determine counsel's status as attorney of record given the *pro se* filing (Doc. 36). Counsel believes it appropriate to conduct a hearing to determine if it is in her client's best interest that her office continue to represent Mr. McPhetridge or substitute counsel, or allow Mr. McPhetridge to proceed *pro se* under the Rules of Professional Responsibility.

RESPECTFULLY SUBMITTED:

FEDERAL DEFENDER SERVICES OF
EASTERN TENNESSEE, INC.

BY: s/ *Nikki C. Pierce*
Nikki C. Pierce
BPR No. 018181
Federal Defender Services
219 West Depot Street, Suite 2
Greeneville, TN 37743
(423) 636-1301